Marie Arnold
1631 Ivyglenn Dr.
San Ramon, CA 94582
Plaintiff in Pro Se
925-263-2150

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MARIE ARNOLD,

        Plaintiff,

vs.

ANTHEM INC.
DOES 1-10

        Defendant,

Case No: CV 18 2981 SK

Retaliation
Negligence
Negligent Infliction of Emotional Distress
Defamation
Breach HIPPA
Breach Personal Information
**COMPLAINT**
**DAMAGES PURSUANT**
**42 U.S.C. 1983**

### Jurisdiction

1. This Court has jurisdiction under 28 U.S.C 1331. Federal question jurisdiction arises pursuant to 42 U.S.C 1983

### Venue

2. Venue is proper pursuant to 28 U.S.C. 1391 because Defendant is in Northern District Of California and plaintiff lives in this District.

### Intradistrict Assignment

3. This lawsuit should be assigned to San Jose Division Court

### Parties

4. Plaintiff, Marie Arnold reside at 1631 Ivyglenn Dr. San Ramon, CA 94582

5. Anthem P.O. Box 260 Monroe, WI 53566- 0260

6. Anthem Heatlth care plans, this incident happens California

## Statement of Facts

1. Plaintiff and her family are members of Anthem, Blue Cross, Blue Shield for many years. Plaintiff family were raised with Anthem.

2. Plaintiff use Anthem in doctor appointments, Laboratories, diagnostic, and health check ups. Pedi care appointments, Medications. Anywhere Anthem is excepted.

3. Anthem holds plaintiff's personal information such as SSN, addresses, phone number, Anthem has access medical diagnosis updates. Health care Id, Tests Results and billing Information.

4. Plaintiff was misdiagnosis with fatal disease in 2008, 2015. Plaintiff discovered it in medical records, It was log in live Healthcare Information System Data base. Plaintiff reported to HHS for investigation.

5. On January 29,2015 Anthem was Cyber Attack. There Anthem's IT System was compromised Their members confidential personal information Health Care Information. Etc. Anthem suspicious activity in beginning Dec, 2014. FBI investigation

6. Plaintiff and her family sent correspondence letters of notice of Cyber Attack. Breach of medical records, Healthcare information, Personal information.

7. Anthem only offered credit reports, to all members who got breached.

8. Plaintiff got defamation, harassed, and bullied over medical records breach, discriminated at her jobs, turned down, public humiliated and stalked and falsely accused fatal disease. tortured in mind, induce nightmares, seek medical doctor for inflicted emotional distress. Ongoing harassment. Plaintiff her family was going through breach until now.

## Claims I

Violation of Civil Rights

HIPPA Violation Federal Standard for Privacy and Security Rules 45 C.F.R subparts A, C and E the privacy, Fifth Amendment, 28 U.S. Code 4101 Defamation, Libel, Slander. State Compliance Violation  19 U.S Code 1592 (a,1,I,ii  penalties for fraud, gross Negligence and Negligence Negligence, Duty, Breach of Duty, Causation, Scope of liability, Damages, Business Tort

.,;;

## Request for Relief

Compensation Negligent emotional distress, Pain and suffering and proof of medical records Plaintiff demand settlement $1 millions with interests of loss earning. Plaintiff and her family suffered PTSD. Ongoing harassment doctrine from the breach. Punitive damages. Changes name Obtain new SSN to all the members, General Damages, Plaintiff exhausted remedy filed claim to Anthem legal Dept.

Dated: May 21, 2018

Marie Arnold, Plaintiff
Pro Se

## GENERAL NEGLIGENCE
First Cause of Action

Duty of care owed by the defendant to the plaintiff. Defendant violated on protecting personal health Information, diagnosis, lab results, and companies the Defendant is contracted. 80 million customers and plaintiff and her family been cyber attack and defamation. Defendant had legal obligation securing sensitive confidential records. Preventing Identity theft, stalking, defamation, blacklisted public harassment and discrimination. Defendant negligence had cost plaintiff tremendous emotional distress and pain suffering. Plaintiff faced public harassment and rejections services. Plaintiff relationships to be controlled over false statement that Defendant breach. Plaintiff would get services in banks, restaurant, shopping mall. People would delay the false medical information, anything pertain to health records. Plaintiffs bank account and assets personal life are expose it to strangers. Due to Defendant's cyber attack, breach. Plaintiff been threaten by neighbors and harassed constancy nuisance. Plaintiff is being judge by false statements. Plaintiff her family had lived in fear from harassing neighbors in City of Milpitas. Neighbors would discriminate say" aloud to move" in front of my daughters, My daughters and I dreed the harassment in our complex. Plaintiff was being tortured high power electro shock in brain, incident 1001 South Main Street D218, Plaintiff almost fainted after being struck in brain. Plaintiff was being harassed and stalked tortured false misdiagnosis. Human rights and Plaintiff had hardship proving the breach misinformation is false. Plaintiff fears from <u>government cruelty</u> with people with disability. Plaintiff requested witness protection program. Plaintiff file report Department of Justice and law enforcement. Someone in complex nailed my tires twice. Intimidations by break in her apartment. Plaintiff seek medical attention Psychologist and Psychiatrist. Plaintiff was force and bullied out her job. Plaintiff credit

report has been breached, Someone deleted credit history of most recent paid off. Plaintiff bank account has been compromised duplicated charges, plaintiff is being stalked and harassed every single day.  Breach of Duty by Defendant which is negligent, Defendant duty to protect customer personal information, follow the Compliances and healthcare security and Antivirus and preventing computer data system from hacked and stolen by unlawful suspected or trading selling your personal information. The causation by the Defendant is harmful to plaintiff and her family falsely accuse loathsome disease, libel and dignity, assassination of good character and discrimination and hate crime.  The proximate cause by the Defendant. The liability HIPPA of medical and personal information Plaintiff suffered inflicted emotional distress, loss of earning, job loss, breached information. Damages general damages, punitive damages from actual pain form government projects. Plaintiff faces slander "HIV positive" false statement breach in medical record 2008 and 2015 libel medical record through Anthem and county hospital and clinic government organizations. "people would delay message" destroy services and relationships.

## **INTENTIONAL TORT**
Second Cause Action

Intentional inflicted emotional distress plaintiff was harmed everyday and ongoing Harassment and stalking her personal bank account being broadcasted and breached. Politics and her personal life being breached, Plaintiff being retaliated by government cruel punishment for reported the breach and invasion of privacy, HIPPA of her medical records with false statement lingering in data system that has not been remove. The County Data System, Health Care System, breached Data System. Plaintiff was rejected services due to breached HIPPA and false statement plaintiff trying to amend in Data Healthcare System. Stalked by RICO causing Plaintiff and her family painful and suffering from government projects to control the victims. Plaintiff was strucked in head and nearly fainted trying asked help from DOJ to stop false defamation and hate crime from breached Data Health Care and personal information that was cyber attacked. Defendant is also accountable for HIPPA breach and plaintiff suffered 4 years inflicted emotional distressed. Plaintiff would cry and yell help to FBI and DOJ. Her kids getting attacked by projects only Healthcare and Drs. Psychologist can only understand. This intentional harm to mind and physical cause plaintiff health to go bad. Plaintiff suffering PSTD, loss of family. Plaintiff developed mental disability, paranoid and fear form mental abuse, degraded, tortured in mind, has medical treatment. Plaintiff is being stalked radio tapping, in store, everywhere the cause infliction emotional distress. Plaintiff was misdiagnosis fatal disease that go breached by Data Health System in 2015, Defendant is one most popular. Plaintiff got notice letter of cyber attacked Which they offered $1 million identity theft protection **(EXHIBITS A)** Anthem letter about cyber

attacked . Everybody in family had same letter addressed. **(EXHIBIT B)** offering identity Protection to family.   But they don't offer protection from

stalkers and discrimination within society or government and companies and business.  Plaintiff has use clinics and they got breached from defendant's negligence's. Plaintiff is being breached deprive from getting service. Plaintiff has mental trauma from abuse company using projects. deprived her from her happiness. Plaintiff under medical treatment. Defendant is very wrongful inflected intentional harm in plaintiff and her family. Plaintiff defend that the false medical condition in her record is libel and false. The breached is still in Healthcare Data System. Plaintiff has been discriminated and force and bullied in her job. The mind is witness to all the stalking mental abuse. Her loss earning and job loss, this painful and wrongful misconduct cause by the Defendant. Plaintiff has substantial evidences to support the allegation against the Defendant. Defendant holds diagnosis codes in EPIC Healthcare System that opened to to all Healthcare Database, Plaintiff has use other HealthCare Hospitals and clinics. This cause severe tremendous inflicted emotional distress to plaintiff and her family. *(Molien vs.Kaiser Foundation Hospital (1980)* **27 Cal 3d 916** "direct victim' of negligence can recover damages for emotional distress.   *(Hedgepeth vs. Whitman-Walker Clinic* **980 A 2d 1229 (D.C. 2009)** Plaintiff was misdiagnosis medical condition cause emotional distress. **(Buck vs. Kaiser HIPPA Breach, Medical Information Act Case no. BC531253 Superior Court of the State.** Plaintiff medical record got breached.

## **DEFAMATION**
Third Cause of Action

Plaintiff medical record of lab results and personal information libel breached has caused Plaintiff falsely accused loathsome disease which discovered and investigated from another hospitals and clinic. Defendant is one negligent company who is also accountable from the cyber breach of patient's records and personal information. This is HIPPA violation.  This cause plaintiff to suffered  bullies and public humiliations and ongoing harassment. Plaintiff bank account is being broadcast to strangers who uses ease dropping methods.  Plaintiff has being blacklisted and her computer is being hacked. Plaintiff is wire tapped and stalker from companies are invaded her privacy and intentional aggravating the "direct victim" from the misconduct of Defendant. Plaintiff is being accused for having fatal disease. To deprive the victim the plaintiff from Job, services and relationships. Plaintiff is being blacklisted from the Defendants negligence's, Plaintiff has family and healthy suffering from her Defamation. Plaintiff gets judges by people in society and often told to move out.  Plaintiff bank account is being control and broadcast her pin by stranger who uses video surveillance and hacks her emails and computer causing unlawful criminal activity. The ongoing harassment defamation cause plaintiff to be sick and depressed and deprive on her daily mental disability. Plaintiff fears future loses and earning. Plaintiff hurt by Defamation that has been reported Department of Justice and Civil Rights. This libel medical record that is Health Data System cyber breached by Hospitals and clinics and Defendant. Plaintiff dignity has been destroyed and recovery is very difficult to amend with Anthem being insurance company who carrier diagnosis codes, lab results, medical procedures, ssn, date of birth,

addresses, Drs. prognosis and medical treatments. Plaintiff is high risk for identity theft. Plaintiff discovered man medical record in her medical record. Plaintiff property was being destroyed and tampered due to Defamation of breached. Plaintiff filed police report of incidents to near by PD. Plaintiff water source and food has been compromise by people who discriminate and judges false misleading defamation and intend assault and battery and to destroy a human health.  To intimidate the plaintiff to paranoid and go insane intend harm.

Date: May.21,2018                                                                  Marie Arnold, Plaintiff
                                                                                                    Pro Se

# EXHIBIT A

**Anthem.**    1-01
Anthem, Inc.
P.O. Box 260
Monroe, WI 53566 - 0260

```
883217:S008A  P0000L 0000** -P01853  L  7709  A
MARK RUSTIA
1201 SYCAMORE TER SPC 102
SUNNYVALE CA  94086-8712
```

March 17, 2015

Dear MARK RUSTIA:

On January 29, 2015, Anthem, Inc. (Anthem) discovered that cyber attackers executed a sophisticated attack to gain unauthorized access to Anthem's IT system and obtained personal information relating to consumers who were or are currently covered by Anthem or other independent Blue Cross and Blue Shield plans that work with Anthem. Anthem believes that this suspicious activity may have occurred over the course of several weeks beginning in early December 2014.

As soon as we discovered the attack, we immediately began working to close the security vulnerability and contacted the FBI. We have been fully cooperating with the FBI's investigation. Anthem has also retained Mandiant, one of the world's leading cybersecurity firms, to assist us in our investigation and to strengthen the security of our systems.

**Consumers Impacted**
Current or former members of one of Anthem's affiliated health plans may be impacted. In addition, some members of other independent Blue Cross and Blue Shield plans who received healthcare services in any of the areas that Anthem serves over the last 10 years may be impacted. Anthem is providing identity protection services to all individuals that are impacted. For a listing of potentially impacted Anthem affiliated health plans and other Blue Cross and Blue Shield companies for which Anthem is providing this service, visit AnthemFacts.com to view a list. Anthem is a service provider to other group health plans and Blue Cross and Blue Shield plans across the country.

**Information Accessed**
The information accessed may have included names, dates of birth, Social Security numbers, health care ID numbers, home addresses, email addresses and employment information, including income data. We have no reason to believe credit card or banking information was compromised, nor is there evidence at this time that medical information such as claims, test results, or diagnostic codes, was targeted or obtained.

**Identity Protection Services**
Anthem has arranged to have AllClear ID protect your identity for two (2) years at no cost to you. The following identity protection services start on the date of this notice, or the date you previously enrolled in services based on information posted on AnthemFacts.com. You can use them at any time during the next two (2) years after your service begins.

1

# EXHIBIT B

**Court Approved Legal Notice**

*In re Anthem, Inc.*
*Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821

```
PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039
```

## You Can Get *FREE* Credit Monitoring Services To Help Protect You Against the Possible Unlawful Use of Your Personal Information That May Have Been Taken In The ANTHEM DATA BREACH.

**Other Benefits From the Class Action Settlement May Be Available To You.**

Postal Service: Please Do Not Mark Barcode

Claim#: AAB-1001727881401-388434

**Complete & Return the Attached Claim Form by January 29, 2018.**

```
***********AUTO**5-DIGIT 94086
1254  0196331  0785194  2 T1362  2529  0032
Marie Arnold
1201 Sycamore Ter Spc 102
Sunnyvale, CA 94086-8712
```

www.DataBreach-Settlement.com
1-855-636-6136

*Para una notificación en Español, llamar o visitar nuestro sitio web.*

**AAB**

---

AABCF J2

*Carefully separate at perforation.*   Claim ID: 1001727881401

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail no later than January 29, 2018.*

## ANTHEM DATA BREACH CREDIT MONITORING SERVICES CLAIM FORM

**CREDIT MONITORING SERVICES**: You have been identified as someone who is included in this class action settlement and eligible to receive free Credit Monitoring Services. Credit Monitoring Services are designed to protect you from the possible unlawful use of your personal information taken as a result of the Anthem Data Breach, along with other valuable identity protection services. Credit Monitoring Services will be provided for at least a two year period starting on the date you enroll for Credit Monitoring Services or 5 business days after the Settlement becomes final, whichever comes later.

**To receive free Credit Monitoring Services you must (i) return this Claim Form, or (ii) complete a Claim Form online at www.DataBreach-Settlement.com.** If you would prefer to receive instructions for Credit Monitoring Services by email, please provide your email address:

@

**ALTERNATIVE COMPENSATION**: If you already have Credit Monitoring Services and certify that you will keep them until at least October 30, 2018, you may apply for an "Alternative Compensation" payment instead of Credit Monitoring Services. The payment will be up to $36, depending on participation in the claims program. To make an Alternative Compensation claim, visit www.DataBreach-Settlement.com or call 1-855-636-6136.

**REIMBURSEMENT OF VERIFIABLE OUT-OF-POCKET COSTS**: In addition to the option above, you may also claim reimbursement for verifiable out-of-pocket costs you believe you incurred as a result of the Data Breach. Go to www.DataBreach-Settlement.com to make a claim.

NOTE: If you do **not** file a Claim Form you may still access Fraud Resolution Services after the Settlement becomes final in connection with the possible unlawful use of your personal information. Fraud Resolution Services will not be available until after the Effective Date. The earliest possible Effective Date is March 5, 2018. Go to www.DataBreach-Settlement.com or call the toll free number above after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain instructions on how to access the Fraud Resolution Services.

Signature: _____   Date (mm dd yyyy): _____

1001727881401                                    AAB

**Court Approved Legal Notice**

## You Can Get *FREE* Credit Monitoring Services To Help Protect You Against the Possible Unlawful Use of Your Personal Information That May Have *Been Taken In* The ANTHEM DATA BREACH.

**Other Benefits From the Class Action Settlement May Be Available To You.**

**Complete & Return the Attached Claim Form by January 29, 2018.**

www.DataBreach-Settlement.com
1-855-636-6136

*Para una notificación en Español, llamar o visitar nuestro sitio web.*

**AAB**

*In re Anthem, Inc.*
*Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821



```
PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039
```



Postal Service: Please Do Not Mark Barcode

Claim#: AAB-1011531945701-2552865

```
***********AUTO**5-DIGIT 94086
1326  0195965 / 0783730  2  T1352  2546  0031
Parent or Guardian Of Lilianna Dantes
1201 Sycamore Ter Spc 102
Sunnyvale, CA 94086-8712
```

---

*Carefully separate at perforation.*   Claim ID: 1011531945701

**AABCRD2**

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail no later than January 29, 2018.*

### ANTHEM DATA BREACH CREDIT MONITORING SERVICES CLAIM FORM

**CREDIT MONITORING SERVICES:** You have been identified as someone who is included in this class action settlement and eligible to receive free Credit Monitoring Services. Credit Monitoring Services are designed to protect you from the possible unlawful use of your personal information taken as a result of the Anthem Data Breach, along with other valuable identity protection services. Credit Monitoring Services will be provided for at least a two year period starting on the date you enroll for Credit Monitoring Services or 5 business days after the Settlement becomes final, whichever comes later.

To receive free Credit Monitoring Services you must (i) return this Claim Form, or (ii) complete a Claim Form online at www.DataBreach-Settlement.com.

If you would prefer to receive instructions for Credit Monitoring Services by email, please provide your email address:

@

**ALTERNATIVE COMPENSATION:** If you already have Credit Monitoring Services and certify that you will keep them until at least October 30, 2018, you may apply for an "Alternative Compensation" payment instead of Credit Monitoring Services. The payment will be up to $36, depending on participation in the claims program. To make an Alternative Compensation claim, visit www.DataBreach-Settlement.com or call 1-855-636-6136.

**REIMBURSEMENT OF VERIFIABLE OUT-OF-POCKET COSTS:** In addition to the option above, you may also claim reimbursement for verifiable out-of-pocket costs you believe you incurred as a result of the Data Breach. Go to www.DataBreach-Settlement.com to make a claim.

**NOTE:** If you do **not** file a Claim Form you may still access Fraud Resolution Services after the Settlement becomes final in connection with the possible unlawful use of your personal information. Fraud Resolution Services will not be available until after the Effective Date. The earliest possible Effective Date is March 5, 2018. Go to www.DataBreach-Settlement.com or call the toll free number above after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain instructions on how to access the Fraud Resolution Services.

Signature: _____   Date (mm/dd/yyyy): _____

   1011531945701      AAB