UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIE ARNOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHEM INC.,<br><br>        Defendant. | Case No. 18-CV-02981-LHK<br><br>**JUDGMENT** |

On March 5, 2019, the Court granted Defendant Anthem Inc.'s motion to dismiss with prejudice. ECF No. 80. The Clerk shall enter judgment in favor of Defendant Anthem Inc. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 5, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 18-CV-02981-LHK
JUDGMENT

1